STATE of Missouri, Respondent,

v.

Julius COHEN, Appellant.

Julius COHEN, Respondent,

v.

STATE of Missouri, Appellant.

Nos. 60093, 62043.

Missouri Court of Appeals,
Eastern District,
Division One.

April 13, 1993.

Christine Stallings, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

In this consolidated appeal, Defendant appeals from his conviction for robbery in the first degree and armed criminal action and from the denial of his 29.15 motion. We affirm per Rule 84.16(b) and Rule 30.25(b). No error of law appears and the motion court's findings are supported by substantial and competent evidence. An opinion would have no precedential value. We have provided the parties with a memorandum for their information.

Virginia MATTINGLY, Plaintiff–Appellant,

v.

Mary Pat COSTELLO, Defendant–Respondent.

No. 61938.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 13, 1993.

James S. Collins, II, Camala C. Francis, Law Offices of James S. Collins, II, St. Louis, for plaintiff-appellant.

Russell F. Watters, T. Michael Ward, Jerilyn Bowie Hill, Brown & James, P.C., St. Louis, for defendant-respondent.

Before GARY M. GAERTNER, P.J., and SMITH and STEPHAN, JJ.

### MEMORANDUM OPINION

PER CURIAM.

Plaintiff appeals from a judgment in her favor of $1,000 for injuries allegedly sustained in an automobile accident. She premises error on questions to witnesses and to arguments of counsel. Objection was made to only one of the questions—defendant's occupation. Such a question is proper. *Wilcox v. Coons,* 362 Mo. 381, 241 S.W.2d 907 (Mo.1951) [17–19]. No objections were made to any of the other questions or to the arguments. Nothing has been preserved for review. There is no precedential value to an extended opinion. Judgment is affirmed pursuant to Rule 84.16(b).